The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. VINCENT L. FIELDS, Defendant. | NO. CR17-119JLR<br><br>ORDER CONTINUING TRIAL DATE<br><br>~~(Proposed)~~ |

THIS MATTER came before the Court on the stipulated motion of the parties to continue trial in this matter.

Defendant is charged with one count of *Armed Bank Robbery*; one count of *Brandishing a Firearm in Furtherance of a Crime of Violence;* and one count of *Felon in Possession of a Firearm as an Armed Career Criminal* ("ACC"). If Defendant is in fact an ACC and is convicted on all counts, he potentially faces a combined mandatory minimum of 22 years.

As set forth in the motion, the defense needs additional time to review and evaluate the discovery materials produced as to the charged offenses. In addition, the parties need more time to research whether at least one of Defendant's prior convictions does, in fact, count for ACC purposes. Lastly, the parties have received information that Defendant may be a suspect in additional bank robberies, and both parties need additional

ORDER CONTINUING TRIAL - 1
*U.S. v. Fields*, CR17-119JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  time to secure the investigative materials as to those allegations and to evaluate the
2  impact on this matter, if any.
3      Defendant has already filed a written waiver of his speedy trial rights and requests
4  a continuance of the trial date. The government joins in the request.
5      Based on the foregoing, and being otherwise fully advised, the Court finds and
6  rules as follows:
7      1. Defense counsel needs additional time to evaluate the current discovery, to
8         further research Defendant's complicated criminal history, to evaluate possible
9         motions and prepare a defense. Proceeding to trial without providing a
10        continuance would result in a miscarriage of justice, pursuant to 18 U.S.C. §
11        3161(h)(7)(B)(I).
12     2. Both parties need additional time to secure and evaluate material related to
13        additional robberies allegedly committed by defendant.
14     3. Taking into account the exercise of due diligence, a continuance is necessary to
15        allow Defendant a reasonable time for effective preparation of his defense.
16        18 U.S.C. § 3161(h)(7)(B)(iv).
17     4. The Court finds that the ends of justice served by granting a continuance in this
18        matter outweighs the best interests of the public and Defendant in a speedy
19        trial. 18 U.S.C. § 3161(h)(7)(A).
20 NOW, THEREFORE, it is hereby:
21 ORDERED that the trial date is continued from June 26, 2017 to January 3, 2018.
22 ORDERED that pretrial motions will be filed no later than **Nov. 9**, 2017.
23 ///
24 ///
25 ///
26 ///
27 ///
28

ORDER CONTINUING TRIAL - 2
U.S. v. Fields, CR17-119JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  ORDERED that the resulting period of delay from the present to January 3, 2018
2  is hereby excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and
3  (B).
4  DATED this 29th day of May, 2017.

The Honorable James L. Robart
U.S. District Court Judge

8  Presented by:

9  ANNETTE L. HAYES,
10 United States Attorney

11 By: *Vincent T. Lombardi*
12 Vincent T. Lombardi, AUSA

13 *Suzanne Elliott*
14 SUZANNE ELLIOTT
15 Attorney for Defendant

ORDER CONTINUING TRIAL - 3
U.S. v. *Fields*, CR17-119JLR