IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 17-119 JLR |
|---|---|
| Plaintiff, | [~~Proposed~~] ORDER PERMITTING WITHDRAWAL AND DIRECTING THE CJA ADMINISTRATOR TO APPOINT NEW COUNSEL |
| vs. | |
| VINCENT FIELDS, | |
| Defendant. | |

The Court having considered the defendant's motion, hereby grants counsel's motion to withdraw and directs the CJA administrator to appoint new counsel.

Done this 29th day of Jan., 2018.

_____
The Honorable James L. Robart
United States District Court Judge

[PROPOSED] ORDER - 1

LAW OFFICE OF
SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington
(206) 623-0291